1104

No. 95–1147. RAGAN v. CONTICOMMODITY SERVICES, INC., ET AL.; and

No. 95–1151. RAGAN v. CONTICOMMODITY SERVICES, INC., ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 63 F. 3d 438.

No. 95–1163. WILLIS v. SHELBY COUNTY, TENNESSEE, INFORMATION TECHNOLOGY ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1164. FOSTER, GOVERNOR OF LOUISIANA, ET AL. v. HOPE MEDICAL GROUP FOR WOMEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1167. UNITED STATES EX REL. WILLIS v. GENERAL DYNAMICS CORP. C. A. 9th Cir. Certiorari denied.

No. 95–1168. ROSEN v. IOWA BOARD OF MEDICAL EXAMINERS. Sup. Ct. Iowa. Certiorari denied.

No. 95–1170. EVANS v. KANSAS CITY SCHOOL DISTRICT. C. A. 8th Cir. Certiorari denied.

No. 95–1175. BRAVO ET AL. v. NATIONAL MEDIATION BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–1185. FORT PECK ASSINIBOINE AND SIOUX TRIBES v. TUBRIDY ET VIR. Sup. Ct. Ill. Certiorari denied.

No. 95–1187. BERKS COUNTY ET AL. v. MURTAGH ET AL. Commw. Ct. Pa. Certiorari denied.

No. 95–1196. MCLAUGHLIN ET AL. v. NORTH CAROLINA BOARD OF ELECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1199. CLINTON v. MIDDLESEX MUTUAL ASSURANCE CO. App. Ct. Conn. Certiorari denied.